DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

HAROLD FIGUEROA; JOSE FIGUEROA;   )
                                  )
            Plaintiff,            )
                                  )
            v.                    )      Criminal No. 2014-78
                                  )
BONNEVILE CONTRACTING AND         )
TECHNOLOGY GROUP, INC.;           )
BONNEVILLE GROUP VIRGIN ISLANDS   )
CORPORATION; VIRGIN ISLANDS       )
TELEPHONE CORP.,                  )
                                  )
            Defendant.            )

ATTORNEYS:

**Andrew R. Duffy**
**Jeffrey P. Goodman**
**Robert J. Mongeluzzi**
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
Philadelphia, PA
**Ryan W. Greene**
St. Thomas, USVI
**Michael A. Budner**
XXX
        *For the Plaintiffs,*


**Andrew C. Simpson**
**Emily A. Shoup**
Law Offices of Andrew Simpson
Christiansted, USVI
        *For Bonneville Contracting and Technology Group, Inc.; and*
        *Bonneville Group Virgin Islands Corporation*

**Ryan C. Meade**
Quintairo, Prieto, Wood & Boyer, P.A.
Miami, FL
**Douglas L. Capdeville**
**Melissa Pauline Ortiz**
Law Office of Douglas L. Capdeville
Christiansted, USVI
        *For Virgin Islands Telephone Corp.,*

*Figueroa et al. v. Bonneville Contracting et al.*
Civ. No. 14-78
Page 2

## ORDER[1]

Before the Court is the Objection of Bonneville Contracting

and Technology Group, Inc.; and Bonneville Group Virgin Islands

Corporation (collectively the "Bonneville Defendants") to a July

8, 2016, order (the "disclosure order") of the Magistrate

ordering the disclosure of surveillance footage taken by the

Bonneville Defendants of Harold Figueroa.  In a July 20, 2016,

order, the Court stayed the disclosure order pending resolution

of the Objection.

Pursuant to Rule 72(a) of the Federal Rules of Civil

Procedure and Rule 72.1(a)(1) of the Local Rules of Civil

Procedure, a party may seek review of a magistrate judge's

nondispositive order by filing objections to the order with this

Court within ten days after being served with a copy of the

order. *Harrison v. Bornn, Bornn & Handy,* 200 F.R.D. 509, 513

(D.V.I.2001). In reviewing a magistrate judge's order, a

district court will modify or vacate any portion of the

magistrate judge's order that is found to be "clearly erroneous

or contrary to law." Fed. R. Civ. P. 72(a); *see also Anthony ex*

*rel. Lewis v. Abbott,* 289 F. Supp. 2d 667, 671 (D.V.I. 2003). A

magistrate judge's order will be affirmed unless the Court is

---

[1] The Court will issue a memorandum opinion outlining its reasons at a later
date.

*Figueroa et al. v. Bonneville Contracting et al.*
Civ. No. 14-78
Page 3

left with "the definite and firm conviction that a mistake has

been committed." *Nicholas v. Wyndham Intern., Inc.,* 218 F.R.D.

122, 123 (D.V.I. 2003)(citing *Harrison,* 200 F .R.D. at 513.).

    The premises considered, it is hereby

    **ORDERED** that the July 20, 2016, order shall be **VACATED** at

12:00 PM on August 3, 2016, unless, no later than 12:00 PM on

August 3, 2016, the Bonneville Defendants notify the Court,

through an ECF filing, that they do not intend to use the

surveillance footage in Court.

S\_____

**CURTIS V. GÓMEZ**
**District Judge**