```
            DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN

HAROLD FIGUEROA; JOSE FIGUEROA;  )
                                 )
            Plaintiff,           )
                                 )
            v.                   )    Criminal No. 2014-78
                                 )
BONNEVILLE CONTRACTING AND       )
TECHNOLOGY GROUP, INC.;          )
BONNEVILLE GROUP VIRGIN ISLANDS  )
CORPORATION; VIRGIN ISLANDS      )
TELEPHONE CORP.,                 )
                                 )
            Defendant.           )
```

**ATTORNEYS:**

**Andrew R. Duffy**
**Jeffrey P. Goodman**
**Robert J. Mongeluzzi**
**Michael A. Budner**
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
Philadelphia, PA
**Ryan W. Greene**
St. Thomas, USVI

    *For the Plaintiffs,*


**Andrew C. Simpson**
**Emily A. Shoup**
Law Offices of Andrew Simpson
Christiansted, USVI
    *For Bonneville Contracting and Technology Group, Inc.; and*
    *Bonneville Group Virgin Islands Corporation*

**Ryan C. Meade**
Quintairo, Prieto, Wood & Boyer, P.A.
Miami, FL
**Douglas L. Capdeville**
**Melissa Pauline Ortiz**
Law Office of Douglas L. Capdeville
Christiansted, USVI
    *For Virgin Islands Telephone Corp.,*

*Figueroa v. Bonneville Contracting et al.*
Civil No. 14-78
Page 2

# JUDGMENT

**GÓMEZ, J.**

On August 8, 2016, the parties informed the Court that this action has been settled. The premises considered, it is hereby

**ORDERED** that the parties' settlement agreement is **APPROVED**; it is further

**ORDERED** that the Court shall retain jurisdiction to enforce the settlement until September 9, 2016; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

**ORDERED** that all pending motions in this case are **MOOT**; it is further

**ORDERED** that this case shall be **DISMISSED** with prejudice; it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez**
**District Judge**